# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-1235 & 3D20-1236
Lower Tribunal Nos. 18-23904 & 18-23897

_____

**Jack Stone,**

Appellant,

vs.

**Elizabeth Helen Germann and Peter Edward Germann,**

Appellees.


Appeals under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Michaelle Gonzalez-Paulson, Judge.

Jack Stone, in proper person.

Elizabeth Helen Germann and Peter Edward Germann, in proper persons.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Upon consideration of the initial brief, and finding no preliminary basis for reversal has been demonstrated, the order below is summarily affirmed pursuant to Florida Rule of Appellate Procedure 9.315(a).

Affirmed.